HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant, *v.* BANK OF NEW YORK, Respondent, Impleaded with Others.

Argued May 19, 1941; decided June 12, 1941.

*George A. Dickinson* and *Murray D. Welch* for appellant.
*Andrew Eckel* and *William F. Giesen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.